# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois 60604

November 30, 2001

**By the Court:**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff-Appellee,<br><br>No. 01-2471         v.<br><br>MICHAEL R. SIEGLER,<br>      Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Western District of<br>] Wisconsin.<br>]<br>] No. 00-CR-75-C-01<br>]<br>] Barbara B. Crabb,<br>]     Chief Judge. |

The opinion of this Court issued on this date is corrected as follows:

> Within the caption, the district court case number should be No. 00-CR-75-C-01.